MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorneys

United States Attorney's Office
150 Almaden, Suite 900
San Jose, CA 95113
Telephone: (408)-535-5045
Facsimile: (408) 535-5066
E-Mail: jeff.nedrow@usdoj.gov

Attorneys For Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08–00284-RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | BRIEFING SCHEDULE |
| v. | ) | |
| | ) | DATE: October 17, 2013 |
| MAX BUDZIAK, | ) | TIME: 2:00 p.m. |
| | ) | |
| Defendant. | ) | The Hon. Ronald M. Whyte |
| | ) | |

The United States, through its counsel Jeff Nedrow, and defendant Max Budziak, through

his counsel W. Michael Whelan and Graham Archer, hereby agree and stipulate to modify the

briefing schedule in this case to permit the government an extra week to file its briefing regarding

the procedure in this case. Such a modification would move the government's filing date from

September 19, 2013 to September 26, 2013, and the defense responsive filing from October 3,

2013 to October 10, 2013. This continuance is requested for the following reasons:

1) The government requested this stipulation based upon its need for additional time to

prepare its briefing on the proposed procedure for addressing the concerns raised in the Ninth

Circuit's remand. The age of the case, and the unique nature of the remand in this case, have

presented challenges for the government in terms of reviewing the file and proposing a procedure

1

to the Court. The defense has agreed to the modification of the schedule.

For these reasons, the parties respectfully request that the Court modify the briefing schedule in this case to permit the government to file its brief on September 26, 2013, with the defense brief due on October 10, 2013. The government and the defense jointly request an appearance on October 17, 2013 before this Court, with the understanding that another hearing may be scheduled if the Court feels it needs additional time to consider the matter after reviewing the filings of the parties.

It is so stipulated.

<div style="margin-left:40%;">Respectfully submitted,</div>

Dated: September 16, 2013    MELINDA HAAG
                UNITED STATES ATTORNEY


                _____/s/_____
                JEFFREY D. NEDROW
                Assistant U.S. Attorney

Dated: September 16, 2013    _____/s/_____
                GRAHAM ARCHER
                Attorney for Max Budziak

<div align="center"><strong><u>ORDER</u></strong></div>

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule in this matter is modified. The government's brief shall be due on September 26, 2013. The defense brief shall be due on October 10, 2013. The hearing date of October 17, 2013 shall remain as scheduled absent further order of the Court.

Dated this __FÎ__ day of Qevqdgt, 2013.



RONALD M. WHYTE
United States District Judge

<div align="center">2</div>